# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin Powers, Individually and on Behalf of All Others Similarly Situated,     ) ) ) | |
| Plaintiff,     ) ) | **ORDER FOR STATUS CONFERENCE** |
| vs.     ) ) | |
| Rossco Crane & Rigging, Inc., Ross Kovach and Jere Kovach,     ) ) ) | |
| Defendants.     ) ) | Case No. 1:20-cv-101 |

A status conference will be held before the magistrate judge on May 4, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 17th day of August, 2020.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court